UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW JOHNSON AND MICHAEL ZAWADSKI, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. 12-CV-474 <br><br> STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs Matthew Johnson and Michael Zawadski in their entirety.

Each party will bear their own costs and attorney's fees.

Respectfully submitted,

/s/ *Olimpio Lee Squitieri*
Olimpio Lee Squitieri
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com


*Attorneys for Plaintiffs*


Dated: July 10, 2012

　/s/ *Patrick G. Brady*
Patrick G. Brady (101202)
Epstein Becker & Green
One Gateway Center
Newark, NJ 07102-5311
Telephone: (973) 639-8261
Fax: (973) 639-8556
pbrady@ebglaw.com

Joel M. Cohn (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

jcohn@akingump.com

*Attorneys for Defendant*

Dated: July 10, 2012

## CERTIFICATE OF SERVICE

      I, Caitlin Duffy hereby certify that on July 10, 2012, I caused a copy of the attached Stipulation of Dismissal to be served through the Court's CM/ECF electronic filing system on the following recipients:

Joel Cohn, Esq.
Akin Gump Strauss Hauer & Feld LLP
133 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Tel.:    202-887-4000
Fax:    202-887-4288
Email: jcohn@akingump.com

Patrick G. Brady
Epstein Becker & Green P.C.
One Gateway Center
Newark, NJ 07102-5311
Tel:    973-639-8261
Fax:    973-639-8556
Email: pbrady@ebglaw.com

Attorneys for Defendant Home Depot U.S.A., Inc.

                                        /s/ Caitlin Duffy
                                        One of Plaintiffs' Attorneys